644

S. B. Hofsas, appellee, v. Ira Monroe, appellant.   Gen. No. 8,894.

Opinion filed October 10, 1935.
  Doss, Glasgow & Morgan, for appellant.   N. E. Hutson, for appellee.
  Mr. Justice Allaben delivered the opinion of the court.

Barton County Rock Asphalt Company, appellee, v. City of Jacksonville, appellant.   Gen. No. 8,896.

Opinion filed October 10, 1935.
  Orville N. Foreman and Edward W. Cleary, for appellant.   William N. Hairgrove, for appellee.
  Mr. Justice Allaben delivered the opinion of the court.

Mary H. Scott, administratrix of the estate of S. Walter Scott, deceased, appellee, v. Janet Tick, appellant.   Gen. No. 8,897.

Opinion filed October 10, 1935.
  Leonard W. Ingham, Lawrence C. Wheat and Frank K. Lemon, for appellant.   Wirt Herrick and Monroe & Allen, for appellee.
  Mr. Justice Fulton delivered the opinion of the court.

In re Estate of William H. Goodwin, a minor.
In re Petition of S. E. Brittingham, appellee, v. Vermilion County Building Association et al., appellants.   Gen. No. 8,898.

Opinion filed October 10, 1935.
  Charles Troup, for appellants.   Gunn, Penwell & Lindley, for appellee.
  Mr. Justice Fulton delivered the opinion of the court.

The Vermilion County Building Association, appellant, v. Fred W. Coffing and Jane R. Coffing, appellees.   Gen. No. 8,904.

Opinion filed October 10, 1935.
  Charles Troup, for appellant.   Gunn, Penwell & Lindley, for appellees.
  Mr. Justice Fulton delivered the opinion of the court.